**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MATTHEW NEEDHAM,

    Plaintiff,

v.                                                                                       Case No: 8:14-cv-2533-T-30TBM

FLEETMATICS USA, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Court Review and Approval of Settlement Agreement and Release, Review and Approval of Attorneys' Fees and Costs, and for Dismissal with Prejudice and Incorporated Memorandum of Law (Dkt. #13). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Parties' Joint Motion for Court Review and Approval of Settlement Agreement and Release, Review and Approval of Attorneys' Fees and Costs, and for Dismissal with Prejudice and Incorporated Memorandum of Law (Dkt. #13) is GRANTED.

2. The Settlement Agreement and Release of Fair Labor Standards Act Claims is APPROVED.

3. This case is DISMISSED WITH PREJUDICE.

    4.    All pending motions are denied as moot and the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-2533 settlement.docx